**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00436-CV**

_____

**DANNY RAY MARIONEAUX, Appellant**

**V.**

**JONAH JARRETT RIVERA AND LESLIE D. COOK, INDIVIDUALLY AND D/B/A COOK'S NURSERY, Appellees**

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. E-179,132**

**MEMORANDUM OPINION**

The appellant, Danny Ray Marioneaux, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered October 18, 2012

Before McKeithen, C.J., Kreger and Horton, JJ.